IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02682-BNB

ANTHONY LAMONT DEAL,

    Applicant,

v.

JULIE WANDS, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 6 2011

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Anthony Lamont Deal, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Mr. Deal also paid the $5.00 filing fee on December 6, 2010. Magistrate Judge Boyd N. Boland reviewed the Application and entered an order on December 7, 2010, instructing Mr. Deal to file an Amended Application that was in keeping with Fed. R. Civ. P. 8. Mr. Deal filed an Amended Application on January 7, 2011.

The Court must construe all pleadings liberally because Mr. Deal is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court cannot act as an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will dismiss the action with prejudice.

In both the original Application and the Amended Application, Mr. Deal states that after he was convicted a statutory obligation under the Uniform Commercial Code (UCC) was created in favor of the United States. Although Mr. Deal's claims are

disjointed and generally unintelligible, he appears to argue in both applications that his criminal judgment constitutes a "warehouse receipt" and a "negotiable instrument" which were indorsed and delivered as payment under the UCC when he was placed at the BOP. Mr Deal concludes that as a result of the indorsement and payment his current warden no longer has a right to retain him. Mr. Deal's attempt to effect his release through the operation of civil commercial statutes is legally frivolous. Mr. Deal is entitled to no relief on his claims as a matter of law.

This Court further notes that Mr. Deal attempted to file a lien against the federal government in *Deal v. United States*, No. 10-cv-01721-GW-JEM Doc. No. 9 (C.D.Calif. Aug. 2, 2010). The action was dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Mr. Deal, therefore, is instructed by this Court that any attempt in this Court to file a false lien against the United States or any government official will subject him to criminal prosecution pursuant to the Court Security Improvement Act of 2007, 18 U.S.C. § 1521, which established a criminal offense for filing, attempting to file, or conspiring to file a false lien or encumbrance against the real or personal property of a federal officer or employee on account of the performance of that employee's official duties.

A court has the inherent authority to dismiss an action as frivolous and malicious regardless of an applicant's filing fee status. *See Mallard v. United States District Court for Souther Dist. of Iowa*, 490 U.S. 296, 307-08 (1989) (noting that there is little doubt that courts have inherent authority to dismiss a frivolous action even in the absence of the federal *in forma pauperis* statute). Furthermore, this Court will not

tolerate unwarranted and vexatious litigious behavior such as demonstrated by Mr. Deal in this action. Mr. Deal is instructed that any future frivolous filings may result in the imposition of filing restrictions. **See Andrews v. Heaton**, 483 F.3d 1070, 1077 (10th Cir. 2007) ("[f]ederal courts have the inherent power to regulate the activities of abusive litigants by imposing carefully tailored restrictions in appropriate circumstances"). Accordingly, it is

ORDERED that the Application and the Amended Application are denied and the action is dismissed with prejudice because Mr. Deal's claims are legally frivolous.

DATED at Denver, Colorado, this 26th day of January, 2011.

BY THE COURT:

*[signature]*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02682-BNB

Anthony Lamont Deal
Reg No. 26244-112
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on January 26, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk